IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>                                       )<br>v.                                        )<br>                                       )<br>BRIAN L. RODWELL,             )<br>                                       )<br>        Defendant.               ) | Criminal No. 3:19mj 123<br><br>Disorderly Conduct in a Federal Facility<br>(41 C.F.R. § 102.74-390) |

## **CRIMINAL INFORMATION**

THE UNITED STATES ATTORNEY CHARGES THAT:

At all relevant times:

    1.    The defendant, BRIAN L. RODWELL, was within the Spottswood W. Robinson III and Robert R. Merhige, Jr., Federal Courthouse, in the Eastern District of Virginia.

    2.    The Spottswood W. Robinson III and Robert R. Merhige, Jr., Federal Courthouse, is property under the authority of the United States General Services Administration within the meaning of Title 41, Code of Federal Regulations, Section 102-74.365.

## **COUNT ONE**
(Citation No. 6678329)

On or about July 17, 2019, in the Eastern District of Virginia, within the Spottswood W. Robinson III and Robert R. Merhige, Jr., Federal Courthouse, the defendant, BRIAN L. RODWELL, did knowingly exhibit disorderly conduct and other conduct that created a loud or unusual noise, unreasonably obstructed the usual use of entrances, foyers, lobbies, and corridors, and that otherwise impeded and disrupted the performance of official duties by government employees.

(In violation of Title 41, Code of Federal Regulations, Section 102-74.390(a),(b), and (c)).

                                                G. ZACHARY TERWILLIGER
                                                UNITED STATES ATTORNEY

By:      _____
            Kenneth R. Simon, Jr.
            Assistant United States Attorney